ORIGINAL

EDWARD H. KUBO, JR.        2499
United States Attorney

FLORENCE T. NAKAKUNI
Chief, Organized Crime     2286
 and Narcotics Section

MICHAEL K. KAWAHARA        1460
Assistant U.S. Attorney
Room 6-100, Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Mike.Kawahara@usdoj.gov

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 21 2006

at /0 o'clock and ___ min. ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CRIM. NO. CR 06-00632 SOM |
|---|---|---|
| Plaintiff, | ) | INDICTMENT |
| | ) | [21 U.S.C. 846 841(a)(1), |
| VS. | ) | 841(b)(1)(B)] |
| RICHARD D. VELASCO, | ) | |
| Defendant. | ) | |

**INDICTMENT**

Count 1:

The Grand Jury charges that:

In or about September 2005 in the District of Hawaii, defendant Richard D. Velasco knowingly and intentionally manufactured marijuana, to wit: the cultivation of one-hundred (100) or more marijuana plants,

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).



SEALED
BY ORDER OF THE COURT

Count 2:

The Grand Jury further charges that:

In or about September 2005 in the District of Hawaii, defendant Richard D. Velasco knowingly and intentionally possessed with intent to distribute marijuana, to wit: one-hundred (100) or more marijuana plants,

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

DATED: Honolulu, Hawaii, December  21 , 2006.

/s/ Foreperson
GRAND JURY FOREPERSON


EDWARD H. KUBO, JR.
United States Attorney

By [signature]
FLORENCE T. NAKAKUNI
Chief, Organized Crime &
 Narcotics Section

[signature]
MICHAEL K. KAWAHARA
Assistant U.S. Attorney


USA v. Velasco, USDC-Hawaii, Indictment.